USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHENZHEN SMOORE TECHNOLOGY LTD.,

*Plaintiff*

v.

ANUONUO INTERNATIONAL TRADE COMPANY, BAOLFASHION, BOWEI E-CIGARETTES STORE, CAPRICE, CHI NA TECH (HZ) CO., LTD., CMKTECH, DAIZHIWEI, DIHAO ELECTRONIC TECHNOLOGY (SHENZHEN) LIMITED, DINGXINYAN, DONGGUAN CACUQ ELECTRONIC TECHNOLOGY CO., LTD., DONGGUAN JIANQIAO HARDWARE PRODUCTS CO., LTD., DONGGUAN RHS HOME ACCESSORIES FACTORY, EASTPUDOG, E-CIGARETTE STORE, EVAFUN E-CIGARETTES STORE, EXPLORER OUTDOOR SPORTS CLUB, FADED, FASHION-FAT, FLOWERSBUD, GARDON, GREEN CIGS, GUANGXI BAYENGTONG TECHNOLOGY CO., LTD., GUOHUIHUI, HANRONG, HEBEI BONSTER TECHNOLOGY CO., LTD., HORIZON_ELECTRONIC, INEEKVAPE, INEEKVAPE STORE, IPHONE, IVAPE STORE, IVVE.GOODS, JINHUA CHIDAO E-COMMERCE CO., LTD., KRISTY21, KUJATA515, LIUHUI884, MOMSMONEY04, NEWLIVESTYLE, OMNIPOTENT-UP, SEX-PLAZA2014, SHENGZHEN NUOHENGDA ELECTRONIC TECHNOLOGY CO., LTD.,SHENZHEN AIWOSEN TECHNOLOGY CO., LIMITED, SHENZHEN APEXTOR TECHNOLOGY CO., LTD., SHENZHEN A-TOUCH ELECTRONIC CO., LTD., SHENZHEN AVBAD TECHNOLOGY CO., LTD., SHENZHEN B&E TECHNOLOGY CO., LTD., SHENZHEN BOYOU YUYUN TECHNOLOGY CO., LTD., SHENZHEN BROSVAPOR TECHNOLOGY CO., LTD., SHENZHEN BUDDY TECHNOLOGY DEVELOPMENT CO., LTD., SHENZHEN CHANGING TECHNOLOGY CO., LTD., SHENZHEN CHENMAN TECHNOLOGY CO., LTD., SHENZHEN CLOUDY TECHNOLOGY CO., LTD., SHENZHEN E-UNION TECHNOLOGY CO., LTD., SHENZHEN EVER DELI TECHNOLOGY CO., LTD., SHENZHEN EXERTION HARDWARE PRODUCTS CO., LTD., SHENZHEN GLOBALEVAPOR TECHNOLOGY COMPANY LIMITED,

19-cv-9896 (LGS)

ORDER

SHENZHEN GLOBALSELL TECHNOLOGY CO., LTD., SHENZHEN GOLDEN TRADING CO., LTD., SHENZHEN GREEN ALLIANCE TECHNOLOGY CO., LTD., SHENZHEN HENGSHIJIAN TECHNOLOGY CO., LTD., SHENZHEN HONG CHUANG NEW ENERGY TECHNOLOGY CO., LTD., SHENZHEN IBELI TECHNOLOGY CO., LTD., SHENZHEN IISMOOKER TECHNOLOGY CO., LTD., SHENZHEN INNSEED TECHNOLOGY CO., LTD., SHENZHEN ITSUWA ELECTRON CO., LTD., SHENZHEN JIAHAOJIA TECHNOLOGY CO., LIMITED, SHENZHEN KAIWEI ELECTRONICS CO., LTD., SHENZHEN KALESI ELECTRONICS CO., LTD., SHENZHEN LEMAGA TECHNOLOGY CO., LTD., SHENZHEN LEXIN TONG DIGITAL TECHNOLOGY CO., LTD., SHENZHEN LINCOE TECHNOLOGY CO., LTD., SHENZHEN LISHENG TECHNOLOGY CO., LTD., SHENZHEN LIUYANG CHUANGZHI TECHNOLOGY CO., LTD., SHENZHEN LOTUS ELECTRON CO., LTD., SHENZHEN LTQ VAPOR ELECTRONICS CO., LTD., SHENZHEN LUMIN INTELLIGENT TECHNOLOGY CO., LTD., SHENZHEN MINGJIETONG TECHNOLOGY LTD., SHENZHEN MINGXIN ASON TECHNOLOGY CO., LTD., SHENZHEN MIST TECHNOLOGY DEVELOPMENT CO., LTD., SHENZHEN NEXTREND TECHNOLOGY CO., LTD., SHENZHEN NICKVI TECHNOLOGY CO., LTD., SHENZHEN ONE LIGHT YEAR TECHNOLOGY CO., LTD., SHENZHEN OVNS TECHNOLOGY CO., LTD., SHENZHEN RELAXO TECHNOLOGY CO., LTD., SHENZHEN SELLOT ELECTRONIC TECHNOLOGY CO., LTD., SHENZHEN SERISVAPE TECHNOLOGY CO., LTD., SHENZHEN SKEY TECHNOLOGY CO., LTD., SHENZHEN SYIKO TECHNOLOGY CO., LTD., SHENZHEN THUNDERSTONE TECHNOLOGY CO., LTD., SHENZHEN THUNDERY TECHNOLOGY CO., LIMITED, SHENZHEN UNION TECHNOLOGY SHARES CO., LTD., SHENZHEN UNITED CHONG HING INDUSTRIAL CO., LTD., SHENZHEN VAPE LAB CO., LTD., SHENZHEN VAPESOURCING ELECTRONICS CO., LTD., SHENZHEN WEJOY TECHNOLOGY CO., LTD., SHENZHEN XINXINXIN TECHNOLOGY CO., LTD., SHENZHEN XLC TECHNOLOGY CO., LTD., SHENZHEN YARK TECHNOLOGY CO., LTD., SHENZHEN YDF ELECTRONIC CO., LTD., SHENZHEN YGREEN TECHNOLOGY CO., LTD., SHENZHEN YIYEXIN TECHNOLOGY CO., LTD., SHENZHEN YPP :

TECHNOLOGY CO., LTD., SHENZHEN ZHAODENG PHOTOELECTRICITY CO., LTD., SOULMATE VAPE STORE, SUNLIGHT WORK ROOM, TABLEOK, TORCH TECHNOLOGY (SHENZHEN) CO., LTD., TRAIL-BLAZER21, TRS-SELLER2012, TRUSTSELLER2018, WANGMINGLI, WEIHONG9901, XUANZI, ZHAOYANGYANG, ZHENAIYICUN@163.COM and ZHENJIANG MOK ELECTRONIC CIGARETTE TECHNOLOGY CO., LTD.,

*Defendants*

LORNA G. SCHOFIELD, District Judge:

It is **ORDERED** that this Action be unsealed and Records Management is requested to upload all documents filed to date on the Electronic Case Filing system. It is further

**ORDERED** that the Temporary Restraining Order, issued October 30, 2019, is extended until December 5, 2019.

Dated: November 13, 2019
New York, New York

**HON. LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**