Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Shenzhen Smoore Technology Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHENZHEN SMOORE TECHNOLOGY LTD., *Plaintiff* <br><br> v. <br><br> ANUONUO INTERNATIONAL TRADE COMPANY, *et al*, *Defendants* | **CIVIL ACTION No.** <br> **19-cv-9896 (LGS)** |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Shenzhen Smoore Technology Ltd. ("Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendants Dongguan Cacuq Electronic Technology Co., Ltd., Green Cigs, iVape Store, Shenzhen Aiwosen Technology Co., Limited, Shenzhen Brosvapor Technology Co., Ltd., Shenzhen Changing Technology Co., Ltd., Shenzhen Mingxin Ason Technology Co., Ltd., Shenzhen Thunderstone Technology Co., Ltd., Shenzhen Vapesourcing Electronics Co., Ltd. and trustseller2018 in the above-captioned action, with prejudice, and with

each party to bear its own attorneys' fees, costs and expenses.

Dated: November 19, 2019 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**EPSTEIN DRANGEL LLP**

　　　　　　　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　　　　　　Brieanne Scully (BS 3711)
　　　　　　　　　　　　　　　　　　　　　　bscully@ipcounselors.com
　　　　　　　　　　　　　　　　　　　　　　EPSTEIN DRANGEL LLP
　　　　　　　　　　　　　　　　　　　　　　60 East 42nd Street, Suite 2520
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10165
　　　　　　　　　　　　　　　　　　　　　　Telephone:　(212) 292-5390
　　　　　　　　　　　　　　　　　　　　　　Facsimile:　(212) 292-5391
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　　*Shenzhen Smoore Technology Ltd.*

**It is so ORDERED.**

Signed at New York, NY on _____ ___, 2019.


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Judge Lorna G. Schofield
　　　　　　　　　　　　　　　　　　　　United States District Judge