```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SHENZHEN SMOORE TECHNOLOGY LTD.,                            :
                                    Plaintiff,              :
                                                            :
            -against-                                       :
                                                            :
ANUONUO INTERNATIONAL TRADE                                 :
COMPANY, et al.,                                            :
                                    Defendants.             :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/06/2019

19 Civ. 9896 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 25, 2019, Plaintiff moved *ex parte* against Defendants for the following: 1) a temporary restraining order; 2) an order restraining Merchant Storefronts and Defendants' Assets with the Financial Institutions; 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service and 5) an order authorizing expedited discovery;

WHEREAS, on October 30, 2019, the Court entered an Order granting Plaintiff's Application and ordering Defendants to appear on December 5, 2019 at 10:40 a.m. to show cause why a preliminary injunction should not issue, and to file any opposing papers electronically with the Court on or before November 25, 2019 (Dkt. No. 5);

WHEREAS, on November 13, 2019, the Court extended the Temporary Restraining Order to December 5, 2019 (Dkt. No. 4);

WHEREAS, on December 2, 2019, the Court received by mail from Defendant Zhenjiang Mok Electronic Cigarette Technology Co., Ltd. a motion to dismiss requesting that a preliminary injunction not issue. An Order regarding the motion to dismiss will issue separately. It is hereby

**ORDERED** that the Temporary Restraining Order, issued October 30, 2019, will remain in effect as to Defendant Zhenjiang Mok Electronic Cigarette Technology Co., Ltd., pending a resolution of the motion to dismiss. It is further

**ORDERED** that Plaintiff shall serve this order on Defendant Zhenjiang Mok Electronic Cigarette Technology Co., Ltd., and file proof of such service by December 9, 2019.

Dated: December 6, 2019
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**