```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
SHENZHEN SMOORE TECHNOLOGY LTD.,                              :
                                           Plaintiff,         :
                                                              :   19 Civ. 9896 (LGS)
               -against-                                      :
                                                              :         ORDER
ANUONUO INTERNATIONAL TRADE                                   :
COMPANY, et al.,                                              :
                                           Defendants.        :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiffs were directed to file proof of service of this Court's Order at Dkt. No. 47 on Defendants by February 18, 2020 (Dkt. No 47);

WHEREAS, no such proof of service has been filed. It is hereby

ORDERED that Plaintiffs shall file proof of such service by February 21, 2020.

Dated: February 19, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**