USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/19/2020

Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391
*Attorneys for Plaintiff*
*Shenzhen Smoore Technology Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHENZHEN SMOORE TECHNOLOGY LTD., *Plaintiff* <br><br> v. <br><br> ANUONUO INTERNATIONAL TRADE COMPANY, *et al*, *Defendants* | **CIVIL ACTION No.** <br> **19-cv-9896 (LGS)** |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Shenzhen Smoore Technology Ltd. ("Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant Shenzhen Cloudy Technology Co., Ltd. in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

So Ordered.

Dated: March 19, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dated:  March 18, 2020                              Respectfully submitted,

                                                      **EPSTEIN DRANGEL LLP**

BY:     /s/ Brieanne Scully
        Brieanne Scully (BS 3711)
        bscully@ipcounselors.com
        EPSTEIN DRANGEL LLP
        60 East 42nd Street, Suite 2520
        New York, NY 10165
        Telephone:     (212) 292-5390
        Facsimile:      (212) 292-5391
        *Attorneys for Plaintiff*
        *Shenzhen Smoore Technology Ltd.*