UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHENZEN SMOORE TECHNOLOGY, LTD,

                Plaintiff,

- against -

ANUONUO INTERNATIONAL TRADE COMPANY, et al.,

                Defendants.
------------------------------------------------------------X

19 Civ. 9896 (LGS) (RWL)

**SCHEDULING ORDER
FOR DAMAGES INQUEST**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By September 9, 2020, Plaintiff shall file a letter explaining why damages should be awarded against Defaulting Defendants who were not served with the default judgment order to show cause papers, namely Defendants Guangxi Bayengtong Technology Co., Ltd., Shenzhen E-Union Technology Co., Ltd., Shenzhen Kalesi Electronics Co., Ltd., Shenzhen Syiko Technology Co., Ltd., and Shenzhen YDF Electronic Co., Ltd. (*see* Dkt. 73), and/or Plaintiff's inquest filings, namely Defendants Shenzhen E-Union Technology Co., Ltd., Shenzhen Ever Deli Technology Co., Ltd., Shenzhen Green Alliance Technology Co., Ltd., Shenzhen Ibeli Technology Co., Ltd., Shenzhen Jiahaojia Technology Co., Limited, Shenzhen Kalesi Electronics Co., Ltd., Shenzhen Skey Technology Co., Ltd., Shenzhen Syiko Technology Co., Ltd., Shenzhen XLC Technology Co., Ltd., and Shenzhen YDF Electronic Co., Ltd. (*see* Dkt. 81).

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   August 26, 2020
         New York, New York