USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

SHENZHEN SMOORE TECHNOLOGY, LTD.,

Plaintiff,                          19 **CIVIL** 9896 (LGS)(RWL)

-against-                          **DEFAULT JUDGMENT**

ANUONUO INTERNATIONAL TRADE
COMPANY, et al.,

Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated November 19, 2020, the Court finds no clear error on the face

of the record. The Report is adopted in full. Default judgment is entered in favor of Plaintiff and

against each of the Defaulting Defendants (defaulting defendants listed on attachment A), in the

amount of $50,000 in statutory damages, per Defaulting Defendant, plus post-judgment interest

"[to] be calculated from the date of the entry of the judgment, at a rate equal to the weekly

average 1-year constant maturity Treasury yield, as published by the Board of Governors of the

Federal Reserve System, for the calendar week preceding[] the date of the judgment." Dkt. No.

84; accordingly, the case is closed.

**Dated:** New York, New York
       November 20, 2020

**RUBY J. KRAJICK**

**Clerk of Court**

BY:

**Deputy Clerk**

## ATTACHMENT A: DEFAULTING DEFENDANTS

| NO. | DEFAULTING DEFENDANT | DEFAULTING DEFENDANT'S WRONGFUL USE OF PLAINTIFF'S CCELL OR VAPORESSO MARKS IN THE UNDISPUTED EVIDENCE |
|---|---|---|
| 1 | Anuonuo International Trade Company | One (1) infringing use of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 3.) |
| 2 | baolfashion | One (1) infringing use of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 11.) |
| 3 | caprice | One (1) infringing use of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 40.) |
| 4 | daizhiwei | One (1) infringing use of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 81.) |
| 5 | dingxinyan | One (1) infringing use of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 110.) |
| 6 | EvaFun E-Cigarettes Store | One (1) infringing use of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 224.) |
| 7 | faded | One (1) infringing use of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 244.) |
| 8 | gardon | One (1) infringing use of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 279.) |
| 9 | hanrong | One (1) infringing use of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 342.) |
| 10 | Hebei Bonster Technology Co., Ltd. | One (1) infringing use of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 350.) |
| 11 | ineekvape | One (1) infringing use of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 384.) |
| 12 | iNeekvape Store | One (1) infringing use of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 401.) |
| 13 | Kristy21 | One (1) infringing use of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 474.) |
| 14 | kujata515 | One (1) infringing use of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 482.) |
| 15 | liuhui884 | One (1) infringing use of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 490.) |

| 16 | Omnipotent-up | One (1) infringing use of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 518.) |
|---|---|---|
| 17 | Shenzhen Buddy Technology Development Co., Ltd. | One (1) infringing use of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 689.) |
| 18 | Shenzhen Kalesi Electronics Co., Ltd. | One (1) infringing use of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 1064.) |
| 19 | Shenzhen Lemaga Technology Co., Ltd. | One (1) infringing use of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 1083.) |
| 20 | Shenzhen Lisheng Technology Co., Ltd. | One (1) infringing use of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 1147.) |
| 21 | Shenzhen Liuyang Chuangzhi Technology Co., Ltd. | One (1) infringing use of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 1166.) |
| 22 | Shenzhen Lotus Electron Co., Ltd. | One (1) infringing use of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 1190.) |
| 23 | Shenzhen Mist Technology Development Co., Ltd. | One (1) infringing use of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 1294.) |
| 24 | Shenzhen Relaxo Technology Co., Ltd. | One (1) infringing use of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 1397.) |
| 25 | Shenzhen Skey Technology Co., Ltd. | One (1) infringing use of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 1467.) |
| 26 | Shenzhen Union Technology Shares Co., Ltd. | One (1) infringing use of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 1540.) |
| 27 | Shenzhen YDF Electronic Co., Ltd. | One (1) infringing use of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 1691.) |
| 28 | Shenzhen Ygreen Technology Co., Ltd. | One (1) infringing use of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 1709.) |
| 29 | zhenaiyicun@163.com | One (1) infringing use of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 1917) |
| 30 | BoWei E-Cigarettes Store | Two (2) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 19, 28.) |
| 31 | Explorer Outdoor Sports Club | Two (2) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 236.) |

| 32 | guohuihui | Two (2) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 334.) |
| 33 | iphone | Two (2) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 414.) |
| 34 | Shengzhen Nuohengda Electronic Technology Co., Ltd. | Two (2) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 539.) |
| 35 | Shenzhen Apextor Technology Co., Ltd. | Two (2) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 576.) |
| 36 | Shenzhen Boyou Yuyun Technology Co., Ltd. | Two (2) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 645-46.) |
| 37 | Shenzhen Exertion Hardware Products Co., Ltd. | Two (2) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 809, 816.) |
| 38 | Shenzhen Golden Trading Co., Ltd. | Two (2) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 862.) |
| 39 | Shenzhen Green Alliance Technology Co., Ltd. | Two (2) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 880.) |
| 40 | Shenzhen Hengshijian Technology Co., Ltd. | Two (2) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 901.) |
| 41 | Shenzhen Innseed Technology Co., Ltd. | Two (2) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 975-76.) |
| 42 | Shenzhen Itsuwa Electron Co., Ltd. | Two (2) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 998, 1010.) |
| 43 | Shenzhen Jiahaojia Technology Co., Limited | Two (2) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 1024.) |
| 44 | Shenzhen One Light Year Technology Co., Ltd. | Two (2) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 1353.) |
| 45 | Shenzhen Syiko Technology Co., Ltd. | Two (2) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 1484, 1493.) |
| 46 | Shenzhen United Chong Hing Industrial Co., Ltd. | Two (2) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 1561.) |
| 47 | Soulmate Vape Store | Two (2) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 1780-81.) |

| 48 | Sunlight Work Room | Two (2) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 1804.) |
|---|---|---|
| 49 | wangmingli | Two (2) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 1884.) |
| 50 | xuanzi | Two (2) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 1900-01) |
| 51 | zhaoyangyang | Two (2) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 1909.) |
| 52 | e-cigarette Store | Three (3) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 195, 201, 204.) |
| 53 | Guangxi Bayengtong Technology Co., Ltd. | Three (3) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 318-19.) |
| 54 | Jinhua Chidao E-Commerce Co., Ltd. | Three (3) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 456, 458.) |
| 55 | Shenzhen AVBAD Technology Co., Ltd. | Three (3) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 610, 619.) |
| 56 | Shenzhen E-Union Technology Co., Ltd. | Three (3) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 766-67, 774.) |
| 57 | Shenzhen Globalsell Technology Co., Ltd. | Three (3) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 844.) |
| 58 | Shenzhen Lumin Intelligent Technology Co., Ltd. | Three (3) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 1226, 1237.) |
| 59 | Shenzhen Sellot Electronic Technology Co., Ltd. | Three (3) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 1423.) |
| 60 | Shenzhen Wejoy Technology Co., Ltd. | Three (3) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 1618, 1626.) |
| 61 | Shenzhen Xinxinxin Technology Co., Ltd. | Three (3) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 1639, 1647.) |
| 62 | Torch Technology (Shenzhen) Co., Ltd. | Three (3) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 1825-26.) |
| 63 | eastpudog | Four (4) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 181-82.) |

| 64 | Shenzhen A-Touch Electronic Co., Ltd. | Four (4) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 594, 599.) |
| 65 | Shenzhen Ever Deli Technology Co., Ltd. | Four (4) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 787.) |
| 66 | Shenzhen Mingjietong Technology Ltd. | Four (4) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 1246, 1255.) |
| 67 | Shenzhen Yark Technology Co., Ltd. | Four (4) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 1671-72, 1681.) |
| 68 | Shenzhen Yiyexin Technology Co., Ltd. | Four (4) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 1729.) |
| 69 | Shenzhen Kaiwei Electronics Co., Ltd. | Five (5) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 1040, 1042.) |
| 70 | Shenzhen Lincoe Technology Co., Ltd. | Five (5) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 1130, 1137.) |
| 71 | Dihao Electronic Technology (Shenzhen) Limited | Six (6) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 89-90, 100.) |
| 72 | Shenzhen B&E Technology Co., Ltd. | Six (6) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 629-30, 637.) |
| 73 | tableok | Six (6) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 1812-13.) |
| 74 | momsmoney04 | Seven (7) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pg. 498.) |
| 75 | Shenzhen Lexin Tong Digital Technology Co., Ltd. | Seven (7) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 1100, 1111.) |
| 76 | Shenzhen Globalevapor Technology Company Limited | Eight (8) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 825, 834.) |
| 77 | Shenzhen Hong Chuang New Energy Technology Co., Ltd. | Nine (9) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 917, 923.) |
| 78 | Shenzhen Zhaodeng Photoelectricity Co., Ltd. | Ten (10) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 1763, 1772.) |
| 79 | Shenzhen Chenman Technology Co., Ltd. | Eleven (11) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, |

28

|   |   | Ex. E, pgs. 733, 739.) |
|---|---|---|
| 80 | Shenzhen Thundery Technology Co., Limited | Eleven (11) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 1520, 1527.) |
| 81 | Shenzhen Ibeli Technology Co., Ltd. | Twelve (12) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 934, 943-44.) |
| 82 | Shenzhen Ilsmooker Technology Co., Ltd. | Thirteen (13) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 955, 966.) |
| 83 | Shenzhen Serisvape Technology Co., Ltd. | Thirteen (13) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 1445, 1453.) |
| 84 | newlivestyle | Seventeen (17) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 506-07, 511.) |
| 85 | Shenzhen XLC Technology Co., Ltd. | Seventeen (17) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 1653, 1660-61.) |
| 86 | Dongguan RHS Home Accessories Factory | Twenty (20) infringing uses of Plaintiff's CCELL or Vaporesso Marks. (Complaint, Ex. E, pgs. 158-63, 169.) |

29